1150

No. 10–7282. BAILEY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–7283. BONIFACE v. DEPARTMENT OF HOMELAND SECURITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–7284. ELLIS v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 10–7285. EVANS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 10–7286. SNEED v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 10–7288. IGLESIAS v. WAL-MART STORES EAST, L. P. C. A. 4th Cir. Certiorari denied.

No. 10–7291. JOHNLOUIS v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 10–7292. JONES v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–7293. JOHNSON v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7295. MASSINGA v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–7300. TOLBERT v. WISE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7301. SINGLETON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–7306. SCHLECHTY v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 10–7307. ARVIE v. TANNER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–7308. CUEN v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.